

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2021

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court reporter has filed a notification of late reporter's record, requesting an extension to April 19, 2021. The request is GRANTED. We ORDER court reporter Karen M. Kane to file the reporter's record on or before April 19, 2021.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court